**Dzevid LIMANI, aka Jerry Limani, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 99–70045.

I & NS A28–463–515.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2001.

Decided Aug. 22, 2001.

Before BOOCHEVER, TASHIMA, and TALLMAN, Circuit Judges.

ORDER *

Dzevid Limani's petition for review of the Board of Immigration Appeals' deportation order and denial of asylum is DENIED for lack of subject matter jurisdiction. The BIA has reopened administrative proceedings, therefore, the deportation order is no longer a final agency decision ripe for judicial review.

DENIED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.